STATE of Missouri, Respondent,

v.

Lisa D. HAZELRIGG, Appellant.

No. WD 74833.

Missouri Court of Appeals,
Western District.

April 9, 2013.

Karen Woodley, Warsaw, MO, for respondent.

Ellen H. Flottman, Columbia, MO, for appellant.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

#### ORDER

PER CURIAM:

Lisa Hazelrigg appeals from a conviction of one count of animal abuse under section 578.012. She argues that the trial court abused its discretion in overruling her motion in limine and objections to testimony from witnesses that described her dog as a "pit bull" or "pit mix" because the term's probative value was outweighed by its

prejudicial impact. We affirm. Rule 30.25(b).